# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| In re: Collica, Scott David | § | Case No. 8:12-15390-CPM |
| Collica, Laura Jo | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 10, 2012.  The undersigned trustee was appointed on October 11, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          4,188.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]     $          4,138.00

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 02/19/2013 and the deadline for filing governmental claims was 04/08/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,047.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,047.00, for a total compensation of $1,047.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $104.66, for total expenses of $104.66.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/15/2014            By:/s/Beth Ann Scharrer
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 8:12-15390-CPM | **Trustee:** (290550) Beth Ann Scharrer | |
| **Case Name:** Collica, Scott David | **Filed (f) or Converted to (c):** 10/10/12 (f) | |
| Collica, Laura Jo | **§341(a) Meeting Date:** 11/15/12 | |
| **Period Ending:** 01/15/14 | **Claims Bar Date:** 02/19/13 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property<br>    Vacant Lot on Cobbler Lane 2011 Tax Assessed Value, Legal Description: Lot 27, Block 1542, 31st, Addition to Port Charlotte Subdivision, a, subdivision according to the plat thereof as, recorded in Plat Book 15, Pages 15,15A-15F, of the, Public Records of Sarasota County, Florida. | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 2 | Cash on hand. | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Bank Accounts<br>    Cadence Bank Checking Act #xxxx5498 | 12.00 | 0.00 | | 0.00 | FA |
| 4 | Bank Accounts<br>    Synovus Bank Act #xxxx7643 | 40.00 | 0.00 | | 0.00 | FA |
| 5 | Bank Accounts<br>    Synovus Bank Act #xxxx7668 | 5.00 | 0.00 | | 0.00 | FA |
| 6 | Bank Accounts<br>    Bank of America Act #xxxx4060 | 2.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings<br>    sofa $100, Chair $10, Loveseat $75, TV $200, TV Stand $25 Dining Room Table $50, 4 Chairs $10, China, Cabinet $100, Sofa $100, TV $75, Safe $400, Cooking Utensils $20, Blender/Waffle maker $20,, Flatware $10, Cookware $25, Toaster $5, Food, Mixer $25, Refrigerator $50, Vacuum $20, Bed $100, 2 Nightstands $20, Dresser $25, 2 Beds $75, 2 Nightstands $25, Lamp $2, 2 Dressers, $35, Toy Boxes $10, Desk $10, File Cabinets $10, Chair $10, Computer $50, Laptop $75, Printer $20, 3 DVD, Players $50, 2 Video Game Consoles $50, Stereo $5, Tool Box $150, Tools $1000 | 3,042.00 | 0.00 | | 0.00 | FA |
| 8 | Books, pictures and other art objects<br>    Books $50, Art Work $250 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Furs and jewelry.<br>    Husbands Wedding Ring $75 Wife's Wedding Ring $450 Misc. Jewelry $250; | 775.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 8:12-15390-CPM | **Trustee:** (290550) Beth Ann Scharrer |
| **Case Name:** Collica, Scott David | **Filed (f) or Converted (c):** 10/10/12 (f) |
| Collica, Laura Jo | **§341(a) Meeting Date:** 11/15/12 |
| **Period Ending:** 01/15/14 | **Claims Bar Date:** 02/19/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Firearms and sports equipment RC Airplane $50 Sks Rifle $100 Rossi Rifle $75 4 Bicycles $250 | 475.00 | 0.00 | | 0.00 | FA |
| 12 | Interests in insurance policies Federated Life Ins. Policy #266791 Beneficiary: Laura Collica $500,000 $0.00 Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Interests in insurance policies. Lincoln Benefit Life Policy #01T1630616 Beneficiary: Laura Collica $350,000 $0.00 cash value | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Interests in an education IRA Edward Jones Educational IRA Act #253-08586-1-8 Beneficiary: Sons $5000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Interest in IRA, ERISA, Keogh, pension plan: Thrift Savings Plan #xxxx3946 Beneficiary: Scott Collica | 61,000.00 | 0.00 | | 0.00 | FA |
| 16 | AUTOMOBILES AND OTHER VEHICLES 2007 Ford F150 187,000 miles/Fair Condition.  Titled in Husband's name only. | 5,000.00 | 0.00 | | 0.00 | FA |
| 17 | AUTOMOBILES AND OTHER VEHICLES 2010 Chrysler 300 50,900 miles/Good Condition | 14,000.00 | 0.00 | | 0.00 | FA |
| 18 | Potential tax refund for 2012  (u) | 0.00 | 2,688.00 | | 2,688.00 | FA |
| **18** | **Assets    Totals** (Excluding unknown values) | **$86,451.00** | **$4,188.00** | | **$4,188.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

To determine if there is tax refund for estate.  11.12

To attempt to sell vacant lot in Port Charlotte.  1.13

Auctioneer employed to sell lot.  2.13

Bidder failed to pay for lot at auction.  To sell outright or put in auction again.  3.13

Found buyer for vacant lot.  Provided quit claim deed.  7.13

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:12-15390-CPM | **Trustee:** (290550) Beth Ann Scharrer |
| **Case Name:** Collica, Scott David | **Filed (f) or Converted (c):** 10/10/12 (f) |
| Collica, Laura Jo | **§341(a) Meeting Date:** 11/15/12 |
| **Period Ending:** 01/15/14 | **Claims Bar Date:** 02/19/13 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Claims reviewed. No objections needed. To close case. 12.13

Debtors turned over tax refund. 06/28/13

Sold real property. Quit claim deed provided to buyer. Case in closing. 8.13

Application to employ atty nunc pro tunc filed. To close case after order entered. 12.13

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** December 25, 2013 | **Current Projected Date Of Final Report (TFR):** December 15, 2013 | |

_____
January 15, 2014
Date

/s/ Beth Ann Scharrer
_____
Beth Ann Scharrer

Exhibit B

# Form 2
Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 8:12-15390-CPM | Trustee: | Beth Ann Scharrer (290550) |
|---|---|---|---|
| Case Name: | Collica, Scott David | Bank Name: | Rabobank, N.A. |
| | Collica, Laura Jo | Account: | ****826066 - Checking Account |
| Taxpayer ID #: | **-***8377 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 01/15/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/28/13 | {18} | Debtors | turnover of estate portion of tax refund | 1224-000 | 2,688.00 | | 2,688.00 |
| 07/11/13 | {1} | Warren E. Rizzi, Sr. | Payment for purchase of vacant lot | 1110-000 | 1,500.00 | | 4,188.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,178.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,168.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,158.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,148.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,138.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,188.00 | 50.00 | $4,138.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 4,188.00 | 50.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $4,188.00 | $50.00 |

| Net Receipts : | 4,188.00 |
|---|---|
| Net Estate : | $4,188.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****826066 | 4,188.00 | 50.00 | 4,138.00 |
| | $4,188.00 | $50.00 | $4,138.00 |

| January 15, 2014 | /s/ Beth Ann Scharrer |
|---|---|
| Date | Beth Ann Scharrer |

# Exhibit C - Claims Analysis

## Case:  8:12-15390-CPM        Collica, Scott David

Claims Bar Date:    02/19/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/26/12 | Claims 1-7 proper unsecured claims.  BAS | $949.60<br>$949.60 | $0.00 | $949.60 |
| 2 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/17/12 | | $5,307.39<br>$5,307.39 | $0.00 | $5,307.39 |
| 3 | PYOD, LLC its successors and assigns<br>Citibank Assignee (Resurgent Cap Svcs)<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/09/13 | | $9,913.58<br>$9,913.58 | $0.00 | $9,913.58 |
| 4 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/16/13 | | $16,323.52<br>$16,323.52 | $0.00 | $16,323.52 |
| 5 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/29/13 | | $8,147.65<br>$8,147.65 | $0.00 | $8,147.65 |
| 6 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/08/13 | | $745.09<br>$745.09 | $0.00 | $745.09 |
| 7 | TCF Inventory Finance<br>PO Box 4541<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/12/13 | | $5,984.26<br>$5,984.26 | $0.00 | $5,984.26 |
| | | | Case Total: | | $0.00 | $47,371.09 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:12-15390-CPM
Case Name: Collica, Scott David
Trustee Name: Beth Ann Scharrer

**Balance on hand:** $ 4,138.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|--------------------------|---------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,138.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|---------------------------|------------------|
| Trustee, Fees - Beth Ann Scharrer | 1,047.00 | 0.00 | 1,047.00 |
| Trustee, Expenses - Beth Ann Scharrer | 104.66 | 0.00 | 104.66 |
| Attorney for Trustee, Fees - Beth Ann Scharrer, Esq. | 300.00 | 0.00 | 300.00 |

Total to be paid for chapter 7 administration expenses: $ 1,451.66
Remaining balance: $ 2,686.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|---------------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,686.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|--------------------------|---------------------------|------------------|
| None |  |  |  |  |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,686.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,371.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 949.60 | 0.00 | 53.86 |
| 2 | Capital One Bank (USA), N.A. | 5,307.39 | 0.00 | 300.97 |
| 3 | PYOD, LLC its successors and assigns | 9,913.58 | 0.00 | 562.18 |
| 4 | FIA CARD SERVICES, N.A. | 16,323.52 | 0.00 | 925.68 |
| 5 | American Express Bank, FSB | 8,147.65 | 0.00 | 462.04 |
| 6 | Capital One, N.A. | 745.09 | 0.00 | 42.25 |
| 7 | TCF Inventory Finance | 5,984.26 | 0.00 | 339.36 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,686.34 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $              0.00

Remaining balance:              $              0.00

**UST Form 101-7-TFR (05/1/2011)**